IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE L. WARE,
      Petitioner,

vs.                             Case No.:  3:05cv440/LAC/EMT

WALTER A. McNEIL,
      Respondent.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 25, 2009 (Doc. 18).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

      Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  The petition for writ of habeas corpus (Doc. 1) is **DENIED** with prejudice.

      **DONE AND ORDERED** this 24th day of March, 2009.

s/*L. A. Collier*_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**