IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE L. WARE,
    Petitioner,

vs.                                          Case No.:  3:05cv440/LAC/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**AMENDED ORDER**

This cause comes on for reconsideration of  the magistrate judge's report and recommendation dated February 25, 2009 (Doc. 18).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the objections filed (Doc. 29).

Having reconsidered the report and recommendation, and the timely filed objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED** with prejudice.

**DONE AND ORDERED** this 14th day of May, 2009.

                                          s/*L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**